# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

146744

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CITIGROUP GLOBAL MARKETS
REALTY CORP.,
          Plaintiff-Appellee,

v

SC: 146744
COA: 309019
Montmorency CC: 11-002761-AV

PAUL SCHMITZ and DEBORAH SCHMITZ,
          Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the November 14, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



Clerk

p0520